SAMUEL WALSH, Appellant, v. MICHAEL RYAN, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event, upon the ground of the error committed at the close of the evidence in granting defendant's motion to strike out testimony and to dismiss the complaint. All concurred.

---

## SECOND DEPARTMENT, JANUARY, 1917.

JOHN McCORMACK, as Administrator, etc., of JAMES McCORMACK, Deceased, Respondent, v. FREDERICK HOLBROOK, Respondent.

LOCOMOBILE COMPANY OF AMERICA, Intervenor, Appellant.

*Practice — examination before trial of one not a party — right to intervene.*

Appeal by the Locomobile Company of America from an order of the Special Term, entered in the office of the clerk of the county of Westchester on the 29th day of May, 1916.

PER CURIAM: This is an appeal by a corporation not a party to the action, from an order of the Special Term that denies its motion to vacate an order directing that before trial the said corporation, "by Messrs. Birmingham and Russell, employed by the said company in its New York Branch * * * be examined and their depositions be taken pursuant to section 873 of the Code of Civil Procedure." The said motion included an application by the corporation for leave to intervene for the purposes of this motion. The order must be reversed, with ten dollars costs and disbursements, and the motion granted, without costs. (*Chartered Bank of India* v. *North River Ins. Co.*, 136 App. Div. 648.) Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, and without prejudice to any future application to examine Messrs. Birmingham and Russell, the persons named in the order as individuals.

---

FRANCES ALLEN, Appellant, v. MENAS S. GREGORY, Respondent.— Motion to resettle order granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before Mr. Justice Mills.

WILLIAM F. BEBELL, Appellant, and HENRY W. HODGES, Respondent, v. JACOB M. EHRLICH and Others, Respondents. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

MINNIE DAHL, Respondent, v. SAMUEL LEVENBERG, Appellant, Impleaded, etc.— Defendant's motion granted to the extent of limiting to ninety days plaintiff's time to apply to the County.Court, under our order of November 6, 1916, which will be until February 4, 1917, and the said order is accordingly so amended; otherwise, motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.